CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br><br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN KIMMEL, et al. | DOCKET NO.<br><br>1 0 CRIM | MAGISTRATE'S CASE NO<br><br>476 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>ALEX LEMBERG | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY   New York, New York | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to Commit Securities Fraud
Securities Fraud
Conspiracy to Commit Wire Fraud and Mail Fraud
Wire Fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>15<br>18 | SECTION<br>78j(b) & 78ff<br>371, 1343, 1349 & 2 |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|---|
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>6/2/10 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>6/1/10 | Christopher McVeigh, SA | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.